UNITED STATES of America, Plaintiff–Appellee,

v.

Lavern A. SMITH, Defendant–Appellant.

No. 05–50890.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided March 16, 2006.

See also 2005 WL 1459529.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Lavern Smith challenges the sufficiency of the evidence supporting her conviction. Smith was convicted under the Assimilative Crimes Act, 18 U.S.C. § 13, for being intoxicated while operating a motor vehicle in a public place within the confines of Fort Sam Houston in San Antonio, Texas.

We review the evidence to determine whether the finding of guilt made by the trier of fact is supported by substantial evidence. *United States v. Ybarra*, 70

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.3d 362, 364 (5th Cir.1995). Evidence is sufficient if "any rational trier of fact could have found that the evidence established guilt beyond a reasonable doubt." *United States v. Shelton*, 325 F.3d 553, 557 (5th Cir.2003). We view all evidence in the light most favorable to the Government and defer to all reasonable inferences drawn by the trier of fact. *Ybarra*, 70 F.3d at 364.

The evidence established that Smith had been drinking and that she had been driving. Officers at the scene testified that Smith's breath smelled of alcohol, that her eyes were glossy, and that she did not speak in a normal volume. Smith failed all three field sobriety tests that were administered at the scene. The evidence, viewed in the light most favorable to the Government, was sufficient to convict Smith of being drunk while driving on Fort Sam Houston. *See Ybarra*, 70 F.3d at 364.

AFFIRMED.